**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00105-CR

———————

**SOLOMON KOFI EQUAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1210061**

## O R D E R

The reporter's record in this case was due November 28, 2011 *See* Tex. R. App. P. 35.2. Cynthia Lee has not filed her portion of the reporter's record: volumes 1 through 5 and 9 through 11. Cynthia Lee has not filed an extension of time to file the reporter's record. We therefore issue the following order.

We order **Cynthia Lee** to file volumes 1 through 5 and volumes 9 through 11 of the record in this appeal on or before **January 17, 2012**.

PER CURIAM